E-FILED: 11/23/2015

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN AGUILAR, et al., | Case No.: CV-14 5633 PSG (JCx) |
| Plaintiff, | Complaint Filed: July 21, 2014 |
| v. | **[PROPOSED] JUDGMENT RE: APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE** |
| CITY OF LOS ANGELES, and does 1 through 10 inclusive, | |
| Defendant. | Trial Date:         January 19, 2016<br>Final Pretrial Conf.: January 14, 2016<br>Discovery Cut-Off:  October 13, 2015 |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Court has reviewed Judge George H. King's Judgment and Order Re: Approval of Settlement Agreement Judgment And Dismissal with Prejudice, attached as Exhibit "A" to the City's Notice of Lodging. Judge King's Judgment and Order approved the settlement agreement between the City of Los Angeles and twenty individual plaintiffs, including Plaintiff Juan Aguilar ("Settlement Agreement"), attached as Exhibit "B" to the Notice of Lodging.

///

///

| | |
|---|---|
| 1 | 2.   In accordance with Judge King's Order, Judgment is hereby entered in |
| 2 | this action and the action is hereby dismissed in its entirety with prejudice. |

Dated: __11/23/2015_____        ____PHILIP S. GUTIERREZ____
HONORABLE PHILIP S. GUTIERREZ
Judge of the United States District Court,
Central District